

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Gavin B. Davis

Plaintiff,

V.

Jeffrey F. Fraser

Defendant.

Civil Action No. 17-cv-0708-CAB-NLS

JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is barred by the doctrines of judicial immunity, Eleventh Amendment immunity, and Younger abstention. Moreover, Plaintiff cannot cure these defects by way of amendment. Therefore, the motion to dismiss the complaint is GRANTED WITHOUT LEAVE TO AMEND. Plaintiff's request for oral argument is DENIED. All other pending motions are DENIED AS MOOT. The Clerk of the Court shall CLOSE the case.

Date: 8/22/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

J. Gutierrez, Deputy